**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

      Government,

  - against -

Ahmed Abdalla,
      Defendant.
-------------------------------------------------------------x

16 Cr 258 (RMB)

**ORDER**

The conference in this matter is rescheduled from 10:00 am on March 10, 2020 to 10:30 am on March 30, 2020.

Dated: New York, New York
    March 10, 2020



**RICHARD M. BERMAN
U.S.D.J.**