UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Government,

            16 Cr 258 (RMB)

      - against -            **ORDER**

Ahmed Abdalla,

                    Defendant.
------------------------------------------------------------x

The conference in this matter is rescheduled from 10:30 am on March 30, 2020 to 12:00 pm on April 1, 2020.

Dated: New York, New York
       March 19, 2020

_____
**RICHARD M. BERMAN**
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2020