**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                             16 CR. 258 (RMB)
   -against-

                                                            **ORDER**

AHMED ABDALLA,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Tuesday, January 26, 2021 at 9:00 AM is hereby rescheduled to Monday, March 1, 2021 at 11:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0258

Dated: January 20, 2021
       New York, NY

                                                              _____
                                                                 RICHARD M. BERMAN
                                                                      U.S.D.J.