**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                     16 CR. 258 (RMB)
   -against-

                                                     **ORDER**

AHMED ABDALLA,
                Defendant.
------------------------------------------------------------X

      The telephone supervised release hearing previously scheduled for Monday, March 1, 2021 at 11:30 AM is hereby rescheduled to Wednesday, March 17, 2021 at 9:30 AM.

      In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0258

Dated: February 25, 2021
       New York, NY

                                                */s/ Richard M. Berman*
                                               RICHARD M. BERMAN
                                                   U.S.D.J.