UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

    -against-

AHMED ABDALLA,
              Defendant.
------------------------------------------------------------X

16 CR. 258 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, September 1, 2021 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0258

Dated: August 19, 2021
       New York, NY

                                        RICHARD M. BERMAN
                                            U.S.D.J.